**Electronically Filed
Supreme Court
SCWC-23-0000011
14-MAY-2025
07:47 AM
Dkt. 17 ODAC**

SCWC-23-0000011

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE TAX APPEAL OF
SCHUYLER E. COLE AND MARILYN J. COLE,
Petitioners/Appellants-Appellants,

vs.

CITY AND COUNTY OF HONOLULU,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000011; CASE NO. 1TX151000243 (Lead Case) AND
CONSOLIDATED CASES: 1TX161000011, 1TX161000012, 1TX161000015,
1TX161000016, 1TX161000017, 1TX161000018, 1TX161000019,
1TX161000024, 1TX161000026, 1TX161000028, 1TX161000034,
1TX161000268, and 1TX161000269)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Kawamura, in place of McKenna, J., recused,
and Circuit Judge Tonaki, in place of Devens, J., recused)

Petitioners/Appellants-Appellants Schuyler E. Cole, Marilyn

J. Cole, Henry J. Matson, and Randolph G. Moore, Trustee under

that certain unrecorded revocable living trust agreement dated

June 4, 1981's application for writ of certiorari filed on April 4, 2025, is rejected.

DATED:  Honolulu, Hawai'i, May 14, 2025.

/s/ Mark E. Recktenwald

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura

/s/ John M. Tonaki